## Commonwealth *v.* Armolt, Appellant.

Argued June 10, 1968. *Harold N. Fitzkee, Jr.,* Public Defender, for appellant; *John T. Miller,* First Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Arnold, Appellant.

Argued June 11, 1968. *John W. Packel,* Assistant Defender, with him *Philip Price* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.